



## Marlene Dennis Design

October 15th, 2018

Mr. & Mrs. Greg Marcus
5009 Elm Street
Bethesda, MD 20814

Re:   Design Consultation for Construction of New Home, located at
      5201 Hampden Lane, Bethesda MD 20814

Dear Jaime & Greg:

I am excited to present the enclosed proposal for design services. I look forward to collaborating on a fabulous home that builds on what we've created previously. I see your next home reflecting who you are: a polished and sophisticated family of four, looking for a respite from busy schedules, where you can spend time together with friends and family, entertain, celebrate and make memories.

I strongly believe that the most successful projects are the result of a strong collaboration between client, architect and designer. Ultimately, my goal is to ensure the design process is enjoyable and efficient, while surpassing your design expectations.

**Phases of Work:**

**Conceptual Design**

Designer will prepare and present to Client, a design concept for the Project to include:

- Review and comment of space allocation;
- Development of precedent images, by space, to convey design intent;
- Color palettes and finish samples of fabrics, wood, wall treatments and coverings, tile, metals, carpet and stone, supported by digital idea books;
- Concepts for millwork, casework, fireplace mantles, transitions and finish details, paneling, ceiling treatments and interior doors, in collaboration with Thomson & Cooke;
- Flooring materials, in collaboration with Thomson & Cooke;
- Decorative and fixed lighting treatments;
- Furniture plan.

Deliverables:
- Images, illustrations and selective decorative details to convey design intent.
- Furniture layout/floor plan schematic;
- Revision and approval meeting of layout and concept.



Marlene Dennis
Design

**Design Development**

Upon Client's approval of the Conceptual Design, Designer will prepare and/or co-ordinate with Thomson & Cooke on the following:

- Space plan, in collaboration with Thomson & Cooke, and assumes Thomson & Cooke will lead and prepare drawings;
- Furniture plan;
- Reflected ceiling plan to convey ceiling treatments and both architectural and decorative lighting. Assumes Thomson & Cooke will lead and prepare drawings;
- Millwork, casework, fireplace mantles, interior doors, stair railings, transitions and finish details, paneling and ceiling treatments, in collaboration with Thomson & Cooke, and assumes Thomson & Cooke will lead and prepare drawings;
- Interior elevations, sections and details, in collaboration with Thomson & Cooke, and assumes Thomson & Cooke will lead and prepare drawings;
- Selection of plumbing, flooring, appliances, architectural and decorative lighting, bath accessories, door hardware, cabinet hardware etc.;
- Furniture layout, design and specifications of furnishings.

The design development presentation is intended to represent the final design decisions.

**Team Collaboration**

Meet and support design team as needed throughout the planning and construction phases.
- Connect with Thomson & Cooke regarding space plan, reflected ceiling plan, floor finish plan, kitchen and bath design, fireplace mantles, interior doors, stair railings, transitions and finish details, paneling and interior millwork details and transitions, to maintain overall architectural vision.

MDD will coordinate with Thomson & Cooke and Client's builder, as required, for jobsite visits. Specifically, Designer will co-ordinate paint colour selection and sampling as well as installation of decorative lighting.

<u>Compensation</u>

**Contract Fees**

Client agrees to compensate Designer $175 per hour, not to exceed $50,000, for design consultation and $50,000 for furniture selection and procurement. Designer will invoice client monthly. Furniture invoices will be saved in an orderly manner, tied to the furniture spreadsheet and placed in a shared drop box.



## Marlene Dennis Design

**Expenses**

Client will be invoiced monthly for expenses directly related to Client's Project. Such expenses may include, but are not limited to: courier, express delivery, postage, and storage of any items that cannot be delivered due to construction.

Furnishings, rugs, artwork, decorative lighting and accessories not to exceed $250,000. Assumes Client will use and/or re-purpose much of what they currently own. Designer and client to review Furniture Plan and agree on the items to be re-purposed and to confirm that $250,000 is an appropriate amount given the items required.

Acceptance:

MARLENE DENNIS DESIGN:

_MD_ 10.15.18

_____ 10/15/18
Jaime and/or Greg Marcus

Final Version